UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
ZEV YOURMAN,                                           :

                           Plaintiff,                   :
                                                            :        24 Civ. 6286 (JPC)
           -v-                                              :
                                                            :           <u>ORDER</u>
COLUMBIA UNIVERSITY; COLUMBIA NEW YORK :
PRESBYTERIAN HOSPITAL; NEW YORK          :
PRESBYTERIAN HOSPITAL; JULIO PUJOLIS; PAUL :
FREEMAN; J. DOES 1-10,                           :
                                                            :
                          Defendants.                :
                                                             :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff, who is appearing *pro se*, brings this action under Title VI of the Civil Rights Act, alleging that Defendants discriminated against him because he is Jewish. By Order dated August 21, 2024, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Clerk of Court reassigned this action to the undersigned on April 8, 2025.

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within ninety days of the date a complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the Complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until ninety days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 Form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the Complaint is not served within ninety days after the date summonses are issued, Plaintiff may request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is respectfully instructed to issue summonses for Defendants, complete the USM-285 Form with the address for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further respectfully directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: April 10, 2025
      New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Columbia University
   Office of General Counsel
   412 Law Memorial Library
   535 West 116th St.
   New York, NY 10027

2. Columbia New York Presbyterian Hospital
   c/o Risk Management
   466 Lexington Avenue, 13th Floor
   New York, NY 10017

3. New York Presbyterian Hospital
   c/o Risk Management
   466 Lexington Avenue, 13th Floor
   New York, NY 10017

4. Julio Pujolis
   New York Presbyterian Hospital
   c/o Risk Management
   466 Lexington Avenue, 13th Floor
   New York, NY 10017

5. Paul Freeman
   New York Presbyterian Hospital
   c/o Risk Management
   466 Lexington Avenue, 13th Floor
   New York, NY 10017