**EPSTEIN BECKER GREEN**

Attorneys at Law

Shira M. Blank
t 212.351.4694
f 212.878.8600
sblank@ebglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/13/2025

> **APPLICATION GRANTED:** The Initial Conference set for 5/28/2025 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, July 29, 2025 at 10:00 a.m.</u> The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 05/13/2025

May 13, 2025

**VIA ECF**
Hon. Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan
United States District Court, S.D.N.Y.
500 Pearl St.
New York, NY 10007-1312

Re:   Yourman v. Columbia University, Columbia New York Presbyterian Hospital, New York Presbyterian Hospital, Julio Pujolis, Paul Freeman, J. Does 1-10
Case No.: 1:24-cv-06286 (JPC) (KHP)

Dear Magistrate Judge Parker:

This Firm represents defendants New York-Presbyterian Hospital, Julio Pujolis, and Paul Freeman (collectively, "NYPH Defendants")[1] in the above referenced action filed by *pro se* plaintiff Zev Yourman. Pursuant to Your Honor's Individual Rule of Practice (I)(B), we write to respectfully request that the Initial Case Management Conference scheduled for May 28, 2025, be adjourned until July 14, 2025 (45 days) or to a date thereafter that is convenient for the Court, with any related deadlines similarly extended. We sought to contact Mr. Yourman in advance of making this application, however, he did not provide a phone number on any of his filings.

The NYPH Defendants were just notified that Plaintiff filed this action when they were served by the U.S. Marshal, and their response to the Second Amended Complaint is due July 11, 2025. The NYPH Defendants respectfully aver that they require additional time to review and assess Plaintiff's claims, and determine an appropriate response to the Second Amended Complaint.

This is NYPH Defendants' first request for an adjournment of the Initial Case Management Conference. This requested extension will not impact any other scheduled dates.

We thank the Court for its consideration of this request.

---

[1] Columbia New York Presbyterian Hospital is not a legal entity.

Hon. Katherine H. Parker, U.S.M.J.
May 13, 2025
Page 2

                                                    Respectfully submitted,

                                                    */s/ Shira M. Blank*

                                                    Shira M. Blank

          **Via First Class Mail and FedEx**
cc:     Zev Yourman
          1274 49th Street, #525
          Brooklyn, New York 11219