Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE

2026 FEB 19  PM 4: 53

Zev Yourman

_(Write the full name of each plaintiff or petitioner)_

-against-

New York Presbyterian

Columbia University

_(Write the full name of each defendant or respondent)_

Case No. 1:24 CV 06286-JPC-KHP

Letter re: Motion To Dismiss
To Judge Katharine Parker
And Judge John P. Cronan

I HAVE NOT RECEIVED THE MAILED Judge ORDER OF FEBRUARY 3 2026 EXTENDING TO THE 16 of FEBRUARY. I JUST RECEIVED IT HERE IN THE PRO SE OFFICE Febuary 19, 2026. I RESPECTFULLY ASK FOR A 30 DAY EXTENSION SO I CAN REPLY TO THE MOTION, IN A WELL THOUGHT OUT RESPECTABLE AND RESEARCHED MANNER, THAT WILL DEFEND MY CAUSE PROPERLY. AS A PRO SE I RESPECTABLY ASK FOR LEEWAY IN THIS MATTER THAT I BE GIVEN THE CHANCE TO PRESENT MY CASE IN A WELL RESEARCHED MANNER.

2/19/2026
Dated

Zev Yourman
Name

1274 49th ST BKLYN, NY
Address            City

Zev Yo
Signature

#595

Prison Identification # (if available)

State        11219
             Zip Code

Telephone Number (if available)          E-mail Address (if available)

Plaintiff's request for a further extension of his time to submit objections to Judge Parker's Report and Recommendation is denied.   On February 3, 2026, the Court granted Plaintiff an extension of time to object until February 16, 2026, and that Order was mailed to Plaintiff the next day.  Dkt. 82.  On February 19, 2026, three days after that deadline, Plaintiff hand-delivered to the Court the instant request for a further extension.  Under Rule 2.B of the undersigned's Individual Rules for Pro Se Litigants, request for extension or adjournment must be made at least 48 hours prior to the deadline absent compelling circumstances.  Here, Plaintiff's request was made three days after the deadline to file objections, and he provides no compelling circumstances for that late request, particularly where the Order setting the extended deadline was mailed to him 15 days earlier.  The Clerk of Court is respectfully directed to close Dkt. 87.   SO ORDERED
February 20, 2026

JOHN P. CRONAN
United States District Judge