UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2026

| | |
|---|---|
| ZEV YOURMAN,<br><br>                              Plaintiff,<br><br>            -against-<br><br>COLUMBIA NY PRESBYTERIAN HOSPITAL, et al.,<br><br>                              Defendants. | **ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**<br><br>24-CV-6286 (JPC) (KHP) |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court issues this order hereby adjourning the case management and pre-motion conference scheduled for **June 1, 2026** *sine die*.  All Defendants' Motions to Dismiss are due by **June 1, 2026**.  Oppositions are due by **July 16, 2026**.  Any Replies are due by **July 31, 2026**.

Additionally, the Court is in receipt of Plaintiff's letter dated April 27, 2026.  The motion is premature as the arguments may be raised in response to Defendants' anticipated Motion to Dismiss the Third Amended Complaint.  Therefore, the Court DENIES the motion without prejudice to the Court evaluating the arguments on a Motion to Dismiss.  Further, consistent with Plaintiff's request for time to respond to motions, the Court has allowed for 45 days for Plaintiff's response to Defendants' anticipated Motion to Dismiss.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff, and to terminate the motions at ECF Nos. 92, 93, and 103.**

Dated: April 30, 2026
         New York, New York

                                        SO ORDERED.

                                        _____
                                              KATHARINE H. PARKER
                                        United States Magistrate Judge