UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/8/2026___

|  |  |
|---|---|
| ZEV YOURMAN,<br><br>               Plaintiff,<br><br>-against-<br><br>COLUMBIA NY PRESBYTERIAN HOSPITAL, et al.,<br><br>               Defendants. | **ORDER**<br><br>**24-CV-6286 (JPC) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of a letter from Plaintiff dated May 7, 2026. The Court construes Plaintiff's letter as an Opposition brief in response to Defendants' anticipated motion to dismiss. Given that the Court recently set the briefing schedule for the Defendants' anticipated motion to dismiss (ECF No. 104), Plaintiff's letter is denied as premature. The Court directs Plaintiff to review the Court's briefing schedule set at ECF No. 104. To the extent Plaintiff wishes to re-file this brief in Opposition to Defendants' anticipated motion to dismiss, Plaintiff may do so after Defendants have filed their anticipated motion to dismiss.

        **The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

Dated: May 8, 2026
      New York, New York

                        SO ORDERED.

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge