USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEV YOURMAN,

Plaintiff,

-against-

COLUMBIA NY PRESBYTERIAN HOSPITAL, et al.,

Defendants.

**ORDER**

**24-CV-6286 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of a letter from Plaintiff dated July 27, 2026, requesting oral argument or, in the alternative, the opportunity to amend. However, the Court does not believe oral argument is necessary at this time. Further, as the motion to dismiss is now fully briefed, the Court will address Plaintiff's request for leave to amend with the motion to dismiss.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 122 and mail a copy of this order to the Plaintiff.**

Dated: July 31, 2026
New York, New York

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge