UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

ZEV YOURMAN,

Plaintiff,

-against-

COLUMBIA NY PRESBYTERIAN HOSPITAL, et al.,

Defendants.

**ORDER**

**24-CV-6286 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion(s) for sanctions filed on August 5, 2026. This motion is denied without prejudice because Plaintiff failed to comply with this Court's individual rules requiring a request for a pre-motion conference be filed prior to the filing of a motion. The letter should summarize the basis of the motion and may not exceed three pages. Defendants shall have three business days to reply to such a letter, after which the Court will set a briefing schedule, if appropriate.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 128 and 129 and mail a copy of this order to the Plaintiff.**

Dated: August 10, 2026
New York, New York

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge